IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

In re:	)	In Proceedings Under Chapter 13
	)
Robert Howard Davis	)	Case No.: 2:13-bk-21359-JRS
and	)
Jade Lynn Davis	)
	Debtors	)

**POST-CONFIRMATION MODIFICATION OF PLAN**
**AND REQUEST FOR APPROVAL**

Robert Howard Davis and Jade Lynn Davis, Debtors, propose to modify the confirmed Chapter 13 plan in this case as set forth below and requests that this modification be approved.

**2nd MODIFICATION OF PLAN**

This modification is to cure delinquency and will not affect the plan base.

Debtors, hereby modify the Chapter 13 Plan, which the Court confirmed on July 14, 2014 as follows:

**1st Modified Plan:**

Add the follow provision:

2. Plan Payments and Length of Plan.

X IF CHECKED, Plan payments will increase to $300.00 bi-weekly beginning June 1st 2014 until the end of plan.

**2nd Modified Plan:**

Add the follow provisions:

2. Plan Payments and Length of Plan.

X IF CHECKED, Plan payments will increase to $326.00 bi-weekly beginning August 4th 2015 until the end of plan.

//

Dated: 8/4/15

                                                  _____/S
                                                  Robert Howard Davis, Debtor


                                                  _____/S
                                                  Jade Lynn Davis, Codebtor


                                                  _____/S
                                                  William R. Parker
                                                  Attorney for Debtors
                                                  GA Bar #563500
                                                  1279 Hopkins Terrace, N.E.
                                                  Atlanta, GA 30303
                                                  (404) 394-9709
                                                  bpbillparker@gmail.com

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

|  |  |
|---|---|
| In re:<br>Robert Howard Davis<br>and<br>Jade Lynn Davis<br>　　　　　　　　Debtors | ）<br>）<br>）<br>）<br>）<br>）<br>） In Proceedings Under Chapter 13<br><br>Case No.: 2:13-bk-21359-JRS |

NOTICE OF FILING OF MODIFICATION OF CONFIRMED PLAN,
DEADLINE FOR FILING WRITTEN OBJECTIONS
AND HEARING DATE AND TIME

**To: Creditors and Other Parties in Interest**

**PLEASE TAKE NOTICE** that Debtors have filed a proposed modification to the confirmed plan in this case, a copy of which modification you are receiving with this Notice or have recently received by mail. Pursuant to Rule 3015(g) of the Federal Rules of Bankruptcy Procedure, any creditor or other party in interest opposing this proposed Modification must file that objection in writing with the Court on or before the following deadline.

**DEADLINE FOR FILING OBJECTION:** Twenty-four (24) days after the date on which this proposed Modification was filed. The proposed modification was filed on **August 4, 2015**. If the twenty-fourth day after the date of filing falls on a week-end or holiday, the deadline is extended to the next business day.

**PLACE OF FILING:** Clerk, United States Bankruptcy Court
　　　　　　　　　　　121 Spring Street
　　　　　　　　　　　Gainesville, GA 30501

If you mail an objection to the Court for filing, you must mail it early enough so the Court will receive it on or before the deadline stated above.

You must also serve a copy on the undersigned at the address stated below.

**PLEASE TAKE FURTHER NOTICE** that if an objection to the proposed modification is timely filed, the Court will hold a hearing on the modification on September 2, 2015 at 10:15 a.m. in Courtroom 103, U.S. Courthouse, 121 Spring Street, S.E., Gainesville, Georgia. **If no objection is timely filed, the Court may approve the proposed modification without further notice or hearing.**

　　　//

Dated: August 4, 2015

                                                                                       /S

William R. Parker
Attorney for Debtors
GA Bar #563500
1279 Hopkins Terrace, N.E.
Atlanta, GA 30303
(404) 394-9709
bpbillparker@gmail.com