**IT IS ORDERED as set forth below:**



**Date: September 11, 2015**

_____
James R. Sacca
U.S. Bankruptcy Court Judge

_____

## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF GEORGIA
### GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| ROBERT HOWARD DAVIS | : | CASE NUMBER G13-21359-JRS |
| JADE LYNN DAVIS | : | |
| DEBTORS | : | |

### CONSENT ORDER ON TRUSTEE'S MOTION TO DISMISS

On September 2, 2015 at 9:30 a.m., the Court held a hearing on the Trustee's Motion to Dismiss based upon the Debtors' failure to make Chapter 13 plan payments thus causing a delinquency in said plan. It further appears to the Court that the Debtors through counsel, agreed at the call of the Court's calendar, to a payment arrangement on a strict compliance basis. For cause shown, **IT IS HEREBY**

**ORDERED**, that the Debtors shall resume monthly payments to the Chapter 13 Trustee immediately and shall make all future payments in a timely manner until the Chapter 13 Plan is

completed. Debtors shall strictly comply with the terms of this Order, and **IT IS FURTHER**

**ORDERED** that should Debtors fail to make any payment due pursuant to the Plan on a timely basis for twenty-four (24) months following entry of this Order, then the case shall be dismissed without further notice or hearing upon the receipt of the Chapter 13 Trustee's Supplemental Status Report requesting an Order of Dismissal.

The Clerk of the Court is directed to serve notice of this Order to the Debtors, Debtors' attorney, and the Chapter 13 Trustee.

**END OF DOCUMENT**

CONSENTED TO BY:

____/s/_____  ____/s/_____
Eric W. Roach  William R. Parker
Attorney for Chapter 13 Trustee  Attorney for Debtors
GA Bar No. 143194  GA Bar No. 563500
303 Peachtree Center Ave., NE  William R. Parker Attorney at Law
Suite 120  1279 Hopkins Terrace
Atlanta, GA  30303  Atlanta, GA 30324
678-992-1201  *Signed by Eric W. Roach*
*with express permission*