

**IT IS ORDERED as set forth below:**

**Date: September 11, 2015**

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| ROBERT HOWARD DAVIS | : | |
| JADE LYNN DAVIS | : | CASE NUMBER G13-21359-JRS |
|     DEBTORS | : | |

**CONSENT ORDER ON POST-CONFIRMATION MODIFICATION**

The above styled matter came before the Court on September 2, 2015 at 10:15 a.m. A modification to the confirmed Chapter 13 Plan in this case having been proposed and no objection to that modification having been made, it is

**ORDERED** that the modification is APPROVED. For clarification purposes, the increase in plan payments is not intended to increase the plan base of minimum plan payments.

The Clerk is hereby directed to serve a copy of this Order on Debtors, Debtors' counsel (if any), the Chapter 13 Trustee and other parties in interest.

**END OF DOCUMENT**

Presented by:

_/s/_____
Eric W. Roach
Attorney for Chapter 13 Trustee
GA Bar Number 143194
303 Peachtree Center Ave., NE
Suite 120
Atlanta, GA  30303
(678) 992-1201


Consented to:

_/s/_____
William R. Parker
Attorney for the Debtors
GA Bar No. 563500
William R. Parker
1279 Hopkins Terrace
Atlanta, GA 30324
*Signed by Eric W. Roach*
*with express permission*