# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
### GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | **CHAPTER 13** |
| **ROBERT HOWARD DAVIS** | ) | **CASE NUMBER G13-21359-JRS** |
| **JADE LYNN DAVIS** | ) | |
| **DEBTORS** | ) | |

## MOTION TO DISMISS

COMES NOW Nancy J. Whaley, Standing Chapter 13 Trustee, in the above styled case, and respectfully shows the Court as follows:

### 1.

Debtors filed a petition for relief under Chapter 13 of Title 11.

### 2.

Debtors' Plan will exceed sixty months by three (3) months in violation of 11 U.S.C. 1322(d)(2)(C) and 11 U.S.C. 1307(c).

### 3.

Debtors have failed to tender all plan payments due in accordance with the confirmed plan. As of 10/23/2017 the Trustee received a total of $32,475.60. The Trustee's records indicate the amount delinquent is $4,721.21. A receipt history is attached and marked exhibit A.

Wherefore, the Trustee prays that this case be dismissed or in alternative that the Debtors propose a modification to meet the requirements of the confirmed plan that ensures that the plan is completed within the allowable time.

This the 27th day of October, 2017.

/s/_____
   Maria C. Joyner
   Attorney for the Chapter 13 Trustee
   State Bar No. 118350
   303 Peachtree Center Avenue, NE
   Suite 120
   Atlanta, GA 30303
   678-992-1201

**EXHIBIT  "A"**

CASE  NO:   G13-21359-JRS                                          10/23/2017
ROBERT HOWARD DAVIS  AND
JADE LYNN DAVIS

### RECEIPT  HISTORY OVER THE LAST 12 MONTHS

| DATE | TYPE | SOURCE | AMOUNT |
|------|------|--------|--------|
| October 02, 2017 | PCH | 1811 | $652.00 |
| September 08, 2017 | PCH | 1806 | $326.00 |
| August 17, 2017 | PCH | 1804 | $652.00 |
| July 19, 2017 | PCH | 1797 | $326.00 |
| July 05, 2017 | PCH | 1794 | $326.00 |
| June 12, 2017 | PCH | 1791 | $326.00 |
| May 25, 2017 | ITRC | 1786 | $415.00 |
| May 22, 2017 | PCH | 1787 | $326.00 |
| May 09, 2017 | PCH | 1783 | $326.00 |
| April 25, 2017 | PCH | 1775 | $326.00 |
| March 29, 2017 | PCH | 1769 | $326.00 |
| March 15, 2017 | PCH | 1767 | $326.00 |
| February 16, 2017 | PCH | 1760 | $326.00 |
| February 13, 2017 | PCH | 1759 | $326.00 |
| January 27, 2017 | PCH | 1758 | $326.00 |
| January 09, 2017 | PCH | 1755 | $326.00 |
| December 22, 2016 | PCH | 1750 | $326.00 |
| December 09, 2016 | PCH | 1747 | $326.00 |
| November 21, 2016 | PCH | 1743 | $326.00 |
| November 11, 2016 | PCH | 1736 | $326.00 |
| October 26, 2016 | EMPH | 1730 | $326.00 |

**Receipt Total:**                                    **$7,587.00**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## GAINESVILLE DIVISION

IN RE:          ) **CHAPTER 13**
**ROBERT HOWARD DAVIS**   ) **CASE NUMBER G13-21359-JRS**
**JADE LYNN DAVIS**     )
  **DEBTORS**      )


## NOTICE OF HEARING ON MOTION TO DISMISS CASE

PLEASE TAKE NOTICE that the Chapter 13 Trustee has filed a Motion to Dismiss and related exhibits with the Court seeking an Order of Dismissal.

PLEASE TAKE FURTHER NOTICE that the Court will hold a hearing on **November 30, 2017 at 9:30 AM in Courtroom 103, 121 Spring Street, SE, Gainesville, GA. 30501**.

Failure to appear at the hearing or failure to resolve the matter prior to the hearing may result in the dismissal of your case. You should read this motion carefully and discuss it with your attorney, if you have one in your bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the Court to grant the dismissal of your case, you and/or your attorney must attend the hearing unless you have settled the matter prior to the hearing.


This the 27th day of October, 2017.


/s/_____
 Maria C. Joyner
 Attorney for the Chapter 13 Trustee
 State Bar No. 118350
 303 Peachtree Center Avenue, NE
 Suite 120
 Atlanta, GA 30303
 678-992-1201

## CERTIFICATE OF SERVICE

Case No:  G13-21359-JRS

This is to certify that I have this day served the following with a copy of the foregoing Chapter 13 Trustee's Motion to Dismiss by depositing in the United States mail a copy of same in a properly addressed envelope with adequate postage thereon.

**Debtor(s):**
ROBERT HOWARD DAVIS
JADE LYNN DAVIS
186 HOLLOWAY TRL
ELIJAY, GA  30540

**Attorney for the Debtor(s):**
WILLIAM R. PARKER
1279 HOPKINS TERRACE
ATLANTA, GA  30324

This the 27th day of October, 2017.

/s/_____

Maria C. Joyner
Attorney for the Chapter 13 Trustee
State Bar No. 118350
303 Peachtree Center Avenue, NE
Suite 120
Atlanta, GA 30303
678-992-1201